159 F.3d 1354
 In re Unisys Corp., Long-Term Disability Plan ERISA
Litigation, Yasmeen Alikhan, David Lee Clinger, Gerard
Fitzgerald, Charles R. Holman, Jr., Neal Orser, Rodney Kent
Skeen, Linda J. Thomasin, John B.G. Roberts, III, Patty A.
Carpenter, Personal Representative of Estate of Jackson
Guerrant, Richard Stark, Margaret C. Roeller, Personal
Representative of Estate of Eugene Roeller
 NO. 97-1967
 United States Court of Appeals,
Third Circuit.
 July 08, 1998
 Appeal From: E.D.Pa. ,No.mdl938
 
 1
 Reversed.